UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RYAN T. NEELY | CIVIL ACTION NO. 18-0517 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CHRISTOPHER ASHTON, ET AL | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 15), and having thoroughly reviewed the record, including the written objections filed (Record Document 16), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's "Motion to Remand" (Record Document 7) is **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 13th day of July, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT